UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH LEE HARRIS,

           NO. CIV. S-04-1646 MCE/PAN P

    Petitioner,

  v.                        O R D E R

ARNOLD SCHWARZENEGGER,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus.  Petitioner asserts that he is a putative member of the class in <u>Valdivia v. Schwarzenegger</u>, Case No. Civ. S-94-671 LKK/GGH, and that his current custody violates the conditions set out in the Consent Decree in that case. Accordingly, the court hereby ORDERS that:

    1.  The Clerk is directed to serve a copy of the petition on class plaintiffs' counsel in <u>Valdivia</u>; and

////

////

1

1   2.  The Clerk is directed to administratively close the case.

2   IT IS ORDERED.

3   DATED: May 19, 2005.

4                               /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
5                               SENIOR JUDGE
                                UNITED STATES DISTRICT COURT